# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

United States of America )
v. )
Anthony Lee Parks ) Case No: 2:02CR20046-001
) USM No: 06588-010
Date of Previous Judgment: July 8, 2003 ) pro se
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __78__ months is reduced to __63 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __26__         Amended Offense Level: __24__
Criminal History Category: __III__      Criminal History Category: __III__
Previous Guideline Range: __78__ to __97__ months   Amended Guideline Range: __63__ to __78__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __07/8/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __April 1, 2008__                     _____
                                                                   Judge's signature

Effective Date: _____             Honorable Robert T. Dawson, U.S. District Judge
           (if different from order date)                        Printed name and title

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 0 1 2008
CHRIS R. JOHNSON, CLERK
DEPUTY CLERK