AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
### for the
### Western District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Anthony Lee Parks | ) Case No:  2:02CR20046-001 |
| | ) USM No:  *06493-010* (amended) |
| Date of Previous Judgment:  July 8, 2003 | ) pro se |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ☑ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____78_____ months **is reduced to** _____63 months_____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 26 | Amended Offense Level: | 24 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 78 to 97 months | Amended Guideline Range: | 63 to 78 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  07/8/2003  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  April 1, 2008

Judge's signature

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 0 1 2008
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Effective Date: _____
(if different from order date)

Honorable Robert T. Dawson, U.S. District Judge
Printed name and title